UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MARY MYRICK, § § § *Plaintiff/Counter Defendant*, § v. § § GHP ASSET COMPANY, LLC, § § *Defendant/Counter Plaintiff*. § § | EP-20-CV-00016-DCG |

### ORDER DISMISSING CASE

In view of the parties "Agreed Stipulation of Dismissal with Prejudice" (ECF No. 8) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED** that all claims and causes of action asserted by Plaintiff Mary Myrick against Defendant GHP Asset Company, LLC in the above-captioned case are **DISMISSED WITH PREJUDICE** and that all claims and causes of action asserted by Defendant GHP Asset Company, LLC against Plaintiff Mary Myrick in the above-captioned case are **DISMISSED WITH PREJUDICE.**

**IT IS MOREOVER ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this __7th__ day of May 2020.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE